# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-1553

Nebraska Public Power District

Petitioner

v.

Federal Energy Regulatory Commission

Respondent

---

Petition for Review of an Order of the Federal Energy Regulatory Commission
(ER16-204-001)
(ER16-204-004)

---

**ORDER**

     Respondent's motion for extension of time to file brief is denied as premature without prejudice to renewal once respondent's brief deadline is established.

April 23, 2019

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
     /s/ Michael E. Gans